10/06/03   1-597 Conf

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday October 27, 2003

2:30 p.m.

CASE NO.   3-01-cv-597 Stanko v Simsbury Bd of Ed
---------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Peter D. Goselin | Livingston, Adler, Pulda, Meiklejohn & Kelly, 557 Prospect Ave., Hartford, CT 860-233-9821 |
| Michael Peter McKeon | Sullivan, Schoen, Campane & Connon, 646 Prospect Ave., Hartford, CT 860-233-2141 |
| Mark J. Sommaruga | Sullivan, Schoen, Campane & Connon, 646 Prospect Ave., Hartford, CT 860-233-2141 |
| Thomas N. Sullivan | Sullivan, Schoen, Campane & Connon, 646 Prospect Ave., Hartford, CT 860-233-2141 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 10/27/03

30 min.