FILED
DEC 19 10 31 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN STANKO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01-CV-597(MRK) |
| | : | |
| v. | : | |
| | : | |
| SIMSBURY BOARD OF EDUCATION | : | |
| AND DR. JOSEPH TOWNSLEY, | : | |
| Defendants. | : | DECEMBER 18, 2003 |

## MOTION FOR CONTINUANCE

The defendants, Simsbury Board of Education and Dr. Joseph Townsley [collectively "the Board"], hereby respectfully request a continuance of the trial date in the above-captioned matter from the February 2004 trial list to the March 2004 trial list. The plaintiff consents to and joins this motion. In conjunction with this request, the parties ask that the filing date of the parties' Joint Trial Memorandum, which is currently due on January 9, 2004, be extended one month, up to and including February 9, 2004, and that the January 21, 2004 settlement conference similarly be rescheduled for the week of February 23, 2004, with the exception of February 24.

The Board makes this request on the ground that its undersigned trial counsel is confronted with a probable trial conflict. Specifically, the present matter is currently set to be

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

included on the court's February 2004 trial list. The undersigned, however, begins jury selection in the Connecticut Superior Court in Danbury on January 27, 2004 in <u>Kathleen M. Dunn v. Foley's Pump Service, et al.</u>, Docket No. CV-01-0342235 S. As is often the case in the Connecticut Superior Court, there is a strong possibility that the case will be "stacked" following jury selection, with evidence not beginning until sometime in February. Therefore, the <u>Dunn</u> trial will possibly, if not probably, overlap with the trial in this case.[1]

Counsel has spoken with the plaintiff's attorney, Peter D. Goselin, who agreed that requesting a continuance of this case until March 2004 would be far less disruptive to the court's and the respective parties' schedules than a possible, eleventh-hour trial conflict. Consequently, Attorney Goselin graciously represented that he had no objection to the granting of this motion, and, in fact, suggested that the Joint Trial Memorandum and the final settlement conference also be continued so as to more closely correspond to the trial date.

This is the parties' first request for a continuance of either the Joint Trial Memorandum filing date, the settlement conference, or the trial.

THEREFORE, for the reasons set forth herein, the Board respectfully asks on its own behalf and on behalf of the plaintiff that the January 9, 2004 filing date for the parties' Joint Trial

---

[1] Similarly, Mark J. Sommaruga, who was previously handling the present case for the Board, will be starting evidence during the week of January 26, 2004 in the Connecticut Superior Court in New Haven in <u>Rhonda Shulman v. Greater New Haven Transit District, et al.</u>, CV-00-0438706-S. Attorney Sommaruga estimates that evidence in that case will last between two and three weeks.

2

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

Memorandum be extended until February 9, 2004, that the January 21, 2004 settlement conference be rescheduled for the week of February 23, 2004 – with the exception of February 24 – and that the trial of this matter be continued until the March 2004 trial list.

THE DEFENDANTS,
SIMSBURY BOARD OF EDUCATION AND
DR. JOSEPH TOWNSLEY

By _____
Michael P. McKeon
Federal Bar No. ct02290
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 06105-4286
Telephone: (860) 233-2141
Facsimile: (860) 233-0516
E-mail: mmckeon@sscc-law.com

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Continuance was sent via first-class mail, postage prepaid, on this 18th day of December 2003 to Peter D. Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, Connecticut 06105-2922

_____
Michael P. McKeon