UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN STANKO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:01CV597 (MRK) |
| | : | |
| SIMSBURY BOARD OF EDUCATION and DR. JOSEPH TOWNSLEY, | : | |
| | : | |
| Defendants. | : | |

### ENDORSEMENT ORDER [DOC. #48]

The Court having conferred telephonically with the parties on January 6, 2004 in the above-captioned matter, the Motion for Continuance [doc. #48] is hereby denied without prejudice to renewal, if necessary.

The parties' Joint Trial Memorandum shall be filed no later than **January 16, 2004**. The final pre-trial conference will be held on **January 21, 2004 at 10:00 a.m. in Courtroom #4**, and a jury will be selected on **February 3, 2004** at **9:30 A.M.**

IT IS SO ORDERED.

/s/       Mark R. Kravitz
U.S.D.J.

Dated in New Haven, Connecticut: January 6, 2004.