

FILED

APR 14  9 40 AM '04

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN STANKO, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:01-CV-597(MRK) |
| | : | |
| v. | : | |
| | : | |
| SIMSBURY BOARD OF EDUCATION | : | |
| AND DR. JOSEPH TOWNSLEY, | : | |
|     Defendants. | : | APRIL 13, 2004 |

## MOTION TO AMEND SCHEDULING ORDER

The defendants, Simsbury Board of Education and Dr. Joseph Townsley [collectively "the Board"], hereby respectfully request that the scheduling order be amended in the above-captioned matter so as to extend the filing date of the parties' Joint Trial Memorandum from Friday, April 23, 2004 until the morning of Wednesday, April 28, 2004. This motion requests an extension of only the Joint Trial Memorandum's filing date; the Board seeks *no* extension of either the May 17, 2004 status conference or the June 2, 2004 jury selection. In support of this motion, the Board states as follows:

1.   The Board intends on submitting its portion of the Joint Trial Memorandum to the plaintiff by the close of business on Friday, April 16, 2004. Its undersigned counsel, however, will be out of state during the following, school vacation week, not returning to the office until

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

Monday, April 26, 2004

2. The Board requests permission for the parties to file their Joint Trial Memorandum no later than Wednesday, April 28, 2004 so that the Board will be able to review the plaintiff's submission and interpose its objections, if any, to the plaintiff's proposed exhibits and witnesses.

3. The Board will assume responsibility for ensuring that the parties' Joint Trial Memorandum is filed with the court and that a courtesy copy is delivered to Chambers no later than the morning of April 28, 2004. This five-day extension will cause no delay of the May 17, 2004 status conference or of the June 2, 2004 jury selection.

4. This is the Board's first *and only* request to extend the filing date of the parties' Joint Trial Memorandum. The plaintiff's counsel has represented that the plaintiff has no objection to this requested amendment of the scheduling order.

THEREFORE, for the reasons set forth herein, the Board respectfully requests that the court permit the modification of the scheduling order so as to enable the parties to file their Joint Trial Memorandum no later than the morning of Wednesday, April 28, 2004.

2

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

THE DEFENDANTS,
SIMSBURY BOARD OF EDUCATION AND
DR. JOSEPH TOWNSLEY

By: _____
Michael P. McKeon
Federal Bar No. ct02290
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 06105-4286
Telephone: (860) 233-2141
Facsimile: (860) 233-0516
E-mail: mmckeon@sscc-law.com

3

## CERTIFICATION

This is to certify that a copy of the foregoing Defendant's Motion to Amend Scheduling Order was sent via first-class mail, postage prepaid, on this 13th day of April 2004 to Peter D. Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, Connecticut 06105-2922

_____
Michael P. McKeon

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326