# United States District Court

_____DISTRICT OF_____
CONNECTICUT

JOHN STANKO

        Plaintiff,

v.

SIMSBURY BOARD OF EDUCATION
and DR. JOSEPH TOWNSLEY

        Defendants.

**APPEARANCE**

**CASE NUMBER**: 3:01CV597 (MRK)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff, John Stanko.


| | |
|---|---|
| April 15, 2004 | |
| *Date* | *Signature* |
| ct17234 | Henry F. Murray |
| *Connecticut Federal Bar Number* | *Print Name* |
| (860) 233-9821 | Livingston, Adler, Pulda, Meiklejohn |
| *Telephone Number* | & Kelly, P.C. |
| (860) 232-7818 | 557 Prospect Avenue |
| *Fax Number* | *Address* |
| hfmurray@lapm.org | Hartford     CT     06105-2922 |
| *E-mail Address* | |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance has been mailed, first-class, postage prepaid, on this 15th day of April, 2004 to all counsel of record as follow:

Mark J. Sommaruga
SULLIVAN, SCHOEN, CAMPANE
& CONNON, LLC
646 Prospect Avenue
Hartford, CT  06105

_____
Henry F. Murray