UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN STANKO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:01CV597 (MRK) |
| | : | |
| SIMSBURY BOARD OF EDUCATION and DR. JOSEPH TOWNSLEY, | : | |
| | : | |
| Defendants. | : | |

## ENDORSEMENT ORDER [DOC. #53]

Defendants' Motion To Amend Scheduling Order [doc. #53], dated April 13, 2004, is hereby GRANTED.  Defendants shall file the Joint Trial Memorandum no later than **April 28, 2004**.  **The date of the Final Pretrial Conference has been changed to May 21, 2004, at 3:30 p.m. in Courtroom #4.  All other dates remain unchanged.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated in New Haven, Connecticut: April 16, 2004.