UNITED STATES DISTRICT COURT
DISTRICT COURT

| | |
|---|---|
| JOHN STANKO,<br>　　Plaintiff, | : CIVIL ACTION NO.<br>: 3:01-CV-597(MRK)<br>: |
| v. | : |
| SIMSBURY BOARD OF EDUCATION and<br>DR. JOSEPH TOWNSLEY,<br>　　Defendants. | :<br>:<br>:<br>: APRIL 28, 2004 |

## THE PARTIES' PROPOSED VOIR DIRE QUESTIONS

**I.   PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

1. Do you know any of the lawyers or law firms involved in this case, or have you or any close friend or relative ever been a client of either of the law firms?

    a. If so, please explain the nature of the relationship and state whether you have any feelings that would make it difficult for you to fairly and objectively render a verdict for or against that lawyer's client.

2. Do you know the Plaintiff in this case, John Stanko?

    a. If so, please explain how you know him and state whether you have any feelings that would make it difficult for you to fairly and objectively render a verdict for or against Mr. Stanko.

3. Do you know the individual Defendant in this case, Dr. Joseph Townsley?

      a.    If so, please explain how you know him and state whether you have any feelings that would make it difficult for you to fairly and objectively render a verdict for or against the Plaintiff Mr. Stanko.

4.    The other Defendant in this case is the Simsbury Board of Education. Have you or any close friends or relatives ever been employed by the Simsbury Board of Education or in any Simsbury public school?

      a.    If so, please state who was employed, describe the position held, and state when.

5.    Have you or any close friends or relatives attended a public school in Simsbury?

      a.    If so, please state who attended school, the grade level(s) attended, and state when.

6.    Do you have any opinions about the Simsbury public schools?

      a.    If so, please explain those opinions and state whether those opinions would make it difficult for you to fairly and objectively render a verdict for or against Mr. Stanko.

7.    Have you or any close friends or relatives ever been involved in a dispute of any nature with a federal, state, or local government agency?

      a.    If so, please state the nature of the dispute.

8.    Do you know any of the following individuals who may be called as

2

witnesses or whose name may come up on this case:

    Dennis Carrithers

    Roberta Mullane

    William Provost

    Robert Archibald

    Thomas Dunn

    Mark Furniss

    Don Harris

    a.    If so, please explain the relationship and state whether you have any feelings that would make it difficult for you to fairly and objectively evaluate any testimony given by that person.

9.    Have you, a relative, significant other, or close friend ever been fired, laid off, or otherwise involuntarily terminated from employment?

    a.    If so, please explain the circumstances.

10.    Have you or any close friend or relative ever been employed in the personnel, human resources, or labor relations field for a corporation or a government agency?

3

    a.     If so, please state when you or the close friend or relative held the position and describe the nature and duties of the position.

11. Have you or any close friend or relative ever been in a supervisory position?

    a.     If so, please state when you or the close friend or relative held the position and describe the nature and duties of that position.

12. Have you or a close friend or relative ever terminated an employee who worked for you?

    a.     If so, please state the circumstances under which you terminated the employee and the reasons for the termination.

13. Have you or any close friend or relative ever worked in the education field?

    a.     If so, please state when you or the close friend or relative held the position and describe the nature and duties of the position.

14. Have you or any close friend or relative ever been accused of discrimination or retaliation with respect to their employment?

    a.     If so, please describe the circumstances of such accusation.

15. Do you have any opinion about employees who bring lawsuits against their employers?

    a.     If so, please describe those opinions.

16. Have you or any close friend or relative ever been involved in a lawsuit as a party, a witness or a juror?

   a. If you were a party, were you a Plaintiff or a Defendant? What type of case? What was the result?

   b. If you were a witness, what type of case? For which side did you testify? What was the result?

   c. If you were a juror, did the case go to a verdict? What type of case? What was the verdict?

17. Would you have any difficulty awarding the Plaintiff damages for emotional distress if you were satisfied that he was entitled to them?

18. Would you have any difficulty awarding punitive damages against the Defendants if you were satisfied that such an award should be made?

19. If you are currently employed, please state the position held, the name and location of the employer, and the length of your employment.

20. If you are not currently employed, please state the last position you held, the name and location of the employer, and the length of your employment.

21. If you have a spouse or partner who is currently employed, please state the position held, the name and location of the employer, and the length of his or her employment.

22. If you have a spouse or partner who is not currently employed, please state the last position he or she held, the name and location of the employer, and the length of his or her employment.

23. If you have a child or children who are currently employed, please state his, her or their position held, the name and location of the employer, and the length of employment.

24. If you have a child or children who are not currently employed, please state his, her or their position held, the name and location of the employer, and the length of employment.

25. If you have a child or children who are currently attending a public school, please state his or her name, the name and location of the school, and the grade level.

## II.   DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Pursuant to the court's Pre-Trial Order, the defendants respectfully request that the court pose the following questions to the proposed jurors.

What is your occupation?

Are you married?

What is your spouse's occupation?

Have you or any member of your family ever been employed by a municipality or a school board?

Have you or any member of your immediate family ever been a member of a union?

If so, did you or your family member hold a position in that union?

Have you or anyone in your family ever had any disputes with a supervisor at work?

Have you or anyone in your family ever felt that they were being unfairly treated at work?

Have you or anyone in your family ever been denied a promotion?

Have you or anyone in your family ever been discharged from a job?

7

Have you or anyone in your family ever been charged with inappropriate or unprofessional behavior at work?

Have you or anyone in your family ever felt that you were discriminated against at work?

If so, what do you believe was the basis for the discrimination?

Have you or anyone in your family ever filed a grievance against a supervisor or against an employer?

If so, what was the basis for the grievance and what was the outcome?

Have you or anyone in your family ever sued anyone?

If the answer is yes, who did you sue and why did you sue them?

How was the lawsuit resolved?

Have you or anyone in your family ever filed a complaint with the State Department of Labor, the Commission on Human Rights & Opportunities, the Equal Employment Opportunity Commission, the Workers' Compensation Commission or the Unemployment Compensation Commission?

If so, what type of complaint did you file?

How was your complaint resolved?

8

Do you have any lawyers in your family?

Do you have any opinions about lawyers?

What are those opinions?

Have you or anyone in your family ever worked for the court system?

Do you believe that because someone is sued then he or she should be considered at fault?

The plaintiff will put on his case first, because he bears the burden of proof. Do you think that you will be able to wait until the Board has had the opportunity to put on its case and you have heard all the evidence before making a decision?

Do you believe that someone should be awarded money simply because he has brought a claim to trial?

In other words, if you were to decide that the plaintiff had failed to prove his claims against the Board, would you have any hesitation in finding that he was not entitled to any damages?

Do you have any bias against any particular group of people?

If so, against what group are you biased?

What is the basis for your bias?

Do you believe that individuals should be free to use any language they want regardless of the effect it has on others?

Do you consider yourself someone who has strong opinions?

If you held an opinion different from the other jurors, would you stick to that opinion or would you go along?

Do you have more of a tendency to lead or do you generally let someone else?

Do you consider yourself an extrovert?

Do you consider yourself shy?

Do you have any hobbies?

What do you do in your spare time?

Do you subscribe to any magazines?

What magazines do you subscribe to?

Are there any television programs that you particularly like?

What are they?

What do you think about the jury system?

Is there any reason that you feel that you cannot serve as a juror at the trial of this matter?

RESPECTFULLY SUBMITTED,

For the Plaintiff,

_____
Peter Goselin ct16074
Henry F. Murray ct17234
Livingston, Adler, Pulda,
    Meiklejohn & Kelly P.C.
557 Prospect Avenue
Hartford, CT 06105
Phone: (860) 233-9821
Fax: (860) 232-7818
pdgoselin@lapm.org
hfmurray@lapm.org

For the Defendants,

_____
Michael P. McKeon (ct02290)
Mark J. Sommaruga (ct09865)
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 06105
Phone: (860) 233-2141
Fax: (860)-233-0516
msommaruga@sscc-law.com
mmckeon@sscc-law.com

11

## CERTIFICATION

This is to certify that the plaintiff's counsel, Peter D. Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, Connecticut 06105-2922, authorized the undersigned counsel for the defendants to sign the foregoing Parties' Proposed Voir Dire Questions on his behalf and to submit the fully executed Parties' Proposed Voir Dire Questions to the court. This is to further certify that a fully executed copy of the foregoing Parties' Proposed Voir Dire Questions was sent via first-class mail, postage prepaid, on this 28th day of April 2004 to Peter D. Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, Connecticut 06105-2922.

_____
Michael P. McKeon