

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN STANKO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01-CV-597(MRK) |
| | : | |
| v. | : | |
| | : | |
| SIMSBURY BOARD OF EDUCATION | : | |
| AND DR. JOSEPH TOWNSLEY, | : | |
| Defendants. | : | MAY 21, 2004 |

### NOTICE OF DEFENDANTS' OFFER OF JUDGMENT

The defendants, Simsbury Board of Education and Dr. Joseph Townsley [collectively "the Board"], hereby give notice that is has hand served on the plaintiff's counsel on this 21st day of May 2004 an Offer of Judgment in the present matter.

THE DEFENDANTS,
SIMSBURY BOARD OF EDUCATION AND
DR. JOSEPH TOWNSLEY

By /s/ Michael P. McKeon
Michael P. McKeon
Federal Bar No. ct02290
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 06105-4286
Telephone: (860) 233-2141
Facsimile: (860) 233-0516
E-mail: mmckeon@sscc-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Notice of Defendant's Offer of Judgment was hand delivered on this 21st day of May 2004 to Peter D. Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, Connecticut 06105-2922

_____
Michael P. McKeon