**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JOHN STANKO,** | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | **3:01-CV-597(MRK)** |
| | : | |
| v. | : | |
| | : | |
| **SIMSBURY BOARD OF EDUCATION** | : | |
| **AND DR. JOSEPH TOWNSLEY,** | : | |
| Defendants. | : | **MAY 27, 2004** |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED JURY INTERROGATORIES**

    **I.**    **LIABILITY**

        **Count One**

    1.    Did the plaintiff prove by a preponderance of the evidence that the defendants defamed the plaintiff?

        Yes____                          No____

    If you have checked "No" please proceed to "Count Two." If you have checked "Yes," please go to the next question.

2.	Did the plaintiff prove by a preponderance of the evidence that the allegedly defamatory statement was made in the course of terminating the plaintiff's employment?

Yes____		No____

If you have checked "No" please proceed to "Count Two." If you have checked "Yes," please go to the next question.

3.	Did the plaintiff prove by a preponderance of the evidence that he suffered significant damage to his employment opportunities as the direct result of an allegedly defamatory statement made in the course of terminating the plaintiff's employment?

Yes____		No____

**Count Two**

1.	Did the plaintiff prove by a preponderance of the evidence that he was retaliated against on the basis of his speech?

Yes____		No____

If you have checked "No" please proceed to "Count Three." If you have checked "Yes," please go to the next question.

2.	Did the plaintiff prove by a preponderance of the evidence that his interest in engaging in his speech outweighed the defendants' interest in taking action to ensure that students within the school district were not exposed to inappropriate or offensive material?

Yes____            No____

If you have checked "No" please proceed to "Count Three." If you have checked "Yes," please go to the next question.

3.  Did the plaintiff prove by a preponderance of the evidence that he engaged in speech that played a substantial role in the retaliatory conduct he claims to have suffered?

Yes____            No____

If you have checked "No" please proceed to "Count Three." If you have checked "Yes," please go to the next question.

4.  Did the Board demonstrate by a preponderance of the evidence that it based its actions upon factors other than the plaintiff's speech, such as parental complaints, concerns about the plaintiff's judgment or treatment of students, or the plaintiff's actions?

Yes____            No____

If you have checked "No" please proceed to "Count Three." If you have checked "Yes," please go to the next question.

5.  Did the plaintiff prove by a preponderance of the evidence that the Board engaged in unlawful conduct itself?

Yes____            No____

6.  Did the plaintiff prove by a preponderance of the evidence that Dr. Townsley engaged in conduct that resulted from an official Board policy, custom, regulation or decision?

Yes____        No____

### Count Three - Defamation

1. Did the plaintiff prove by a preponderance of the evidence that the defendants publish any of the claimed defamatory statements?

Yes____        No____

If you have checked "No" please proceed to "Count Four." If you have checked "Yes," please go to the next question.

2. Did the plaintiff prove by a preponderance of the evidence that the defendants' alleged statements were statements of fact rather than opinions?

Yes____        No____

If you have checked "No" please proceed to "Count Four." If you have checked "Yes," please go to the next question.

3. Did the plaintiff prove by a preponderance of the evidence that the defendants' alleged statements were false?

Yes____        No____

If you have checked "No" please proceed to "Count Four." If you have checked "Yes," please go to the next question.

4. Did the plaintiff prove by a preponderance of the evidence that the defendants' alleged statements tended to harm the plaintiff by lowering the plaintiff in the estimation of the community?

Yes____          No____

If you have checked "No" please proceed to "Count Four."  If you have checked   "Yes," please go to the next question.

5.     Did the plaintiff prove by a preponderance of the evidence that the defendants acted with malice by making statements they knew to be false or by making statements with reckless disregard as to whether or not they were false?

Yes____          No____

**Count Four – Breach of Contract**

1.     Did the plaintiff prove by a preponderance of the evidence that Dr. Townsley did not act in good faith when he responded to inquiries regarding the plaintiff's employment with the Simsbury Public Schools?

Yes____          No____

If you have checked "No" please proceed to "Count Five."  If you have checked "Yes," please go to the next question.

2.     Did the plaintiff prove by a preponderance of the evidence that the defendants breached the February 2, 1998 separation agreement?

Yes____          No____

**Count Five – Interference With Business Relations**

1.      Did the plaintiff prove by a preponderance of the evidence the existence of a contractual or business relationship?

      Yes____      No____

If you have checked "No" do not proceed any further under Count Five. If you have checked "Yes," please go to the next question.

2.      Did the plaintiff prove by a preponderance of the evidence that the defendants were aware of that contractual or business relationship?

      Yes____      No____

If you have checked "No" do not proceed any further under Count Five. If you have checked "Yes," please go to the next question.

3.      Did the plaintiff prove by a preponderance of the evidence that the defendants intended to interfere with the contractual or business relationship?

      Yes____      No____

If you have checked "No" do not proceed any further under Count Five. If you have checked "Yes," please go to the next question.

4.      Did the plaintiff prove by a preponderance of the evidence that the defendants' interference was malicious and undertaken without justification?

      Yes____      No____

If you have checked "No" do not proceed any further under Count Five. If you have checked "Yes," please go to the next question.

    5.    Did the plaintiff prove by a preponderance of the evidence that the plaintiff suffered a loss of a contractual or business relationship as the direct result of the defendants' malicious and unjustified interference?

        Yes____                    No____

*Plaintiff's Objections:*

*Plaintiff objects to each of the defendants' jury interrogatories as overly complicated and potentially confusing to the jury. While the jury must determine liability on each of the plaintiff's causes of action by weighing the evidence on each required element of the claims, requiring the jury to answer detailed interrogatories on each of these elements along with the "gate-keeper" instructions regarding proceeding to the next set of questions, creates unnecessary confusion for the jury.  Moreover, many of the elements broken down into discrete questions by the defendant are on issues about which there may be no factual dispute (i.e., whether Dr. Townsley "published" comments about the plaintiff.)  In such cases the defendant's proposed interrogatories will not be helpful, and in fact may be decidedly unhelpful, for the jury. The defendant's jury interrogatory on its own counter-claim is, by contrast, simple and straightforward and not likely to confuse the jury.  The plaintiff believes that his proposed simple jury interrogatories on the essential elements of liability in this case will be clear and understandable to the jury and based on the likely instructions provided by the Court on  the law.*

**DEFENDANTS' COUNTERCLAIM**

    **Count One**

    1.    Did the defendants prove by a preponderance of the evidence that the plaintiff breached the February 2, 1998 separation agreement?

        Yes____                    No____

**JURY INTERROGATORIES AS TO DAMAGES**

You should only answer the interrogatories in this section if you have entered a verdict in favor of the plaintiff on one or more of the five counts.

**I.   COMPENSATORY DAMAGES**

1. Do you find that the plaintiff has proved actual damages suffered as the result of unlawful retaliation discrimination in violation of his federal rights on the part of the defendants?

    Yes[ ]          No[ ]

    (mark an "X" in the appropriate space)

2. If you answered "YES", what amount of money in actual damages is fair and just to fully compensate plaintiff for the injuries sustained by him as caused by the defendants?

    $_____

3. If you answered "NO", to interrogatory no. 1 above, you have found that the Plaintiff has proved the defendants violated his rights under state and/or federal law, but that he failed to prove actual damage. You must, therefore, award nominal damages in amount not to exceed $10.00. Enter that amount below:

    $_____

Your deliberations are complete. Please sign and date this form.

_____
Foreperson


_____
Date

RESPECTFULLY SUBMITTED,
For the Plaintiff,

_____
Peter Goselin ct16074
Henry F. Murray ct17234
Livingston, Adler, Pulda,
Meiklejohn & Kelly P.C.
557 Prospect Avenue
Hartford, CT 06105
Phone: (860) 233-9821
Fax: (860) 232-7818
pdgoselin@lapm.org
hfmurray@lapm.org

**CERTIFICATE OF SERVICE**

This hereby certifies that a copy of the foregoing Plaintiff's Objections to Defendants
Proposed Jury Interrogatories has been mailed first-class postage pre-paid on this 27th day of May 2004 to all counsel of record as follows:

Michael P. McKeon
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105

_____
Peter Goselin