

FILED
May 28  9 31 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN STANKO, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:01-CV-597(MRK) |
| | : | |
| v. | : | |
| | : | |
| SIMSBURY BOARD OF EDUCATION | : | |
| AND DR. JOSEPH TOWNSLEY, | : | |
|    Defendants. | : | MAY 27, 2004 |

### DEFENDANTS' PROPOSED STATEMENT
### OF THE CASE FOR USE AT VOIR DIRE

In accordance with the May 21, 2004 request of this court, the defendants, Simsbury Board of Education and Dr. Joseph Townsley, hereby submit the following proposed Statement of the Case for use at voir dire. Although the parties' respective counsel conferred in good faith on a joint submission, the proposed drafts were sufficiently different so as necessitate each party filing its own proposed Statement.

### STATEMENT OF THE CASE

The plaintiff in this case is John Stanko. The defendants are the Simsbury Board of Education and Dr. Joseph Townsley, the Superintendent of Schools for the Simsbury Board of Education. Mr. Stanko taught English in the Simsbury schools for thirty years. He resigned his position in 1998 following a parent's complaint about him. Mr. Stanko resigned in accordance with the terms of a separation agreement that provided, among other things, that the defendants

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

would provide Mr. Stanko with a letter of reference. The agreement also provided that if any potential employer were to contact the Board of Education about Mr. Stanko, the inquiry would be directed to Dr. Townsley, who would answer the inquiry in good faith. Mr. Stanko claims that the Simsbury Board of Education and Dr. Townsley violated this provision of the separation agreement. The Board of Education and Dr. Townsley deny Mr. Stanko's allegations.

The Simsbury Board of Education has a counterclaim in this lawsuit. In the separation agreement, Mr. Stanko promised not to bring any claims against the Board of Education relating to Dr. Townsley's good faith response to employment inquiries. The Board of Education claims that in bringing this lawsuit, Mr. Stanko violated this provision of the separation agreement. Mr. Stanko denies the Board of Education's allegations.

>THE DEFENDANTS,
>SIMSBURY BOARD OF EDUCATION AND DR. JOSEPH TOWNSLEY
>
>*(signature)*
>
>Michael P. McKeon (ct02290)
>Sullivan, Schoen, Campane & Connon, LLC
>646 Prospect Avenue
>Hartford, Connecticut 06105
>Telephone: (860) 233-2141
>Facsimile: : (860)-233-0516
>mmckeon@sscc-law.com

2

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

Case 3:01-cv-00597-MRK   Document 68   Filed 05/28/2004   Page 2 of 3

## CERTIFICATION

This is to certify that a copy of the foregoing Defendants' Proposed Statement of the Case for Use at Voir Dire was sent via first-class mail, postage prepaid, on this 27th day of May 2004 to Peter D. Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, Connecticut 06105-2922.

                                                  Michael P. McKeon

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326